**Nicole Hope Nelson**, OSB No. 97534
e-mail: nicole@oregonvisa.com
**Philip James Smith**, OSB No. 98103
e-mail: philip@oregonvisa.com
HECHT & SMITH, LLP
208 SW First Avenue, Suite 360
Portland, Oregon 97204
Phone: 503-224-8600
Fax:  503-224-0854

Attorneys for Petitioner

RECV'D '06 AUG 22 16:59 USDC-ORP

FILED '06 AUG 23 09:29 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON          CV'06-1195-MO

| | |
|---|---|
| **BRAHIM AZOUZ,** | Civil No. |
| PETITIONER, | Agency Case No.: 79-762-990 |
| v. | |
| **ALBERTO R. GONZALES**, U.S. Attorney General; **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security; **EMILIO GONZALEZ**, Director, U.S. Citizenship and Immigration Services; and **WILLIAM McNAMEE**, District Director, U.S. Citizenship and Immigration Services, | [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |
| **RESPONDENTS**. | |

Petitioner, Mr. Brahim Azouz, moved the Court for a temporary restraining order and order to show cause why a preliminary injunction should not be issued against Respondents. The Court has considered Petitioner's Petition for Writ of Mandamus, the Memorandum in Support of the Petition, the Declarations of Nicole H. Nelson and Brahim Azouz, the other records filed with this Court, the arguments of counsel for Petitioner, and the arguments of counsel for Respondents, if any.

1 [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

The Court finds that Petitioner has demonstrated a sufficient likelihood of success on the merits of his claims. The Court also finds that the balance of hardships significantly favors Petitioner. Absent a temporary restraining order, Petitioner will be unable to work, will likely lose his job, and will be unable to support his wife or baby. In addition, the Court finds that counsel for Petitioner provided oral and written notice of the documents filed today and the time and location of the hearing to Respondent William McNamee and counsel for Respondents, Kenneth Bauman of the United States Attorney's Office.

There being good cause for entering such an order, pursuant to Fed. R. Civ. P. 65, the Court enters this Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Entered.

IT IS ORDERED that Respondents appear before this court on August 31, 2006, at 9:00 o'clock A .m. in Room 14B of the United States District Court for the District of Oregon, located at 1000 S.W. Third Avenue, Portland, Oregon, 97204, and then and there show cause, if any exists, why a preliminary injunction should not issue compelling Respondents to renew Petitioner's employment authorization document.

IT IS FURTHER ORDERED that Respondents and their subordinates immediately renew Petitioner's employment authorization document through and until the show cause hearing described above.

DATED this 23 day of August 2006.

_____
U.S. DISTRICT JUDGE

2  [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Respectfully submitted by

*[signature]*

Nicole Hope Nelson, OSB No. 97534
Counsel for Petitioner, Brahim Azouz

HECHT & SMITH, LLP
208 SW First Avenue, Suite 360
Portland, Oregon 97204
Phone: 503-224-8600
Fax:    503-224-0854

3   [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE